NDFL Prob 35

(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:99CR111-001

MICHAEL SEAN GRANTHAM

On August 23, 2003, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that MICHAEL SEAN GRANTHAM be discharged from Supervised Release.

Respectfully submitted,

Stephen R. Pridgen
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ____6____ day of ____October____, 20_05_.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

Honorable Roger Vinson
Chief U.S. District Judge

2005 OCT -7 PM 12: 29

FILED